In the Matter of the Petition of BERNARD BENJAMIN and LOUIS JOSEPH, Executors, etc., of PHILIP HANDELMAN, Deceased, for an Inquiry Pursuant to Section 205 of the Surrogate's Court Act. BERNARD BENJAMIN and LOUIS JOSEPH, Executors, etc., of PHILIP HANDELMAN, Deceased, Appellants; MOLLIE HANDELMAN, Respondent.— In a discovery proceeding, decree of the Surrogate's Court of Kings county, confirming the report of the referee on the merits, ·dismissing the proceeding as to the items involved on this appeal, fixing the referee's fees and directing the payment of the referee's fees and the taxable costs, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Petition of RUSSELL, SHEVLIN & RUSSELL, as Attorneys for PAUL KALLMEYER, Limited General Guardian of GLORIA LIMBERG and LUCILLE LIMBERG, for a Counsel Fee in the Estate of CHARLES LIMBERG, Also Known as CHARLES A. LIMBERG, Deceased. WILLIAM C. LIMBERG, One of the Distributees of CHARLES A. LIMBERG, Also Known as CHARLES LIMBERG, Deceased, Appellant; RUSSELL, SHEVLIN & RUSSELL, Esqs., as Attorneys for PAUL KALLMEYER, Limited General Guardian of GLORIA LIMBERG and LUCILLE LIMBERG, Distributees of CHARLES A. LIMBERG, Also Known as CHARLES LIMBERG, Deceased, ALPHONSE G. LIEBER, Special Guardian for GLORIA LIMBERG, an Infant Distributee of CHARLES A. LIMBERG, Also Known as CHARLES LIMBERG, Deceased, and LUCILLE LIMBERG, a Distributee of CHARLES A. LIMBERG, Also Known as CHARLES LIMBERG, Deceased, Respondents.— Appeal by one of several distributees of an estate from a decree of the Surrogate's Court of Queens county which (a) granted the application of the petitioners for the allowance of compensation to them, payable out of the estate generally, for legal services rendered by them to the limited general guardian of two infant distributees and fixed such compensation at $3,500, and (b) fixed and allowed the compensation of a special guardian, payable out of the estate. Decree unanimously affirmed, with costs, payable by the appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.